UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,          :
                                   : Criminal No. 3:CR-17-298
          v.                       :
                                   :(JUDGE MARIANI)
JOEVANY GONZALEZ,                  :
                                   :

## ORDER

**AND NOW, THIS** _____*14th*_____ **DAY OF JUNE 2019**, upon consideration of

Defendant's pretrial motions (Docs. 131-138), the brief in support of the motions (Doc. 139),

the Government's response thereto (Doc. 279), and all other relevant documents, for the

reasons discussed in the simultaneously filed Memorandum Opinion, **IT IS HEREBY**

**ORDERED THAT**:

1. The Motion to Compel Disclosure of Confidential Informant (Doc. 131) is **DENIED**;

2. The Motion for Discovery Pursuant to Rule 16 (Doc. 132) is **DENIED WITHOUT**

    **PREJUDICE**;

3. The Motion for Pre-Trial Hearing to Determine Existence of Conspiracy (Doc. 133) is

    **DENIED**;

4. The Motion for Grand Jury Transcripts Pursuant to Fed. R. Crim. P. Rule

    6(e)(3)(C)(ii) (Doc. 134) is **DENIED WITHOUT PREJUDICE**;

5. The Motion for Disclosure Pursuant to Rules 404(b) and 609 of Federal Rules of Evidence (Doc. 135) is **DENIED WITHOUT PREJUDICE**;

6. The Motion for Disclosure Pursuant to Federal Rule of Evidence, Rule 807 (Doc. 136) is **DENIED WITHOUT PREJUDICE**;

7. The Motion for Bill of Particulars (Doc. 137) is **DENIED**; and

8. The Motion for Expert Information Pursuant to Rule 16(a)(1)(G) of the Rules of Criminal Procedure (Doc. 138) is **DENIED WITHOUT PREJUDICE**.

Robert D. Mariani
United States District Judge